UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN M. GUERRA,<br><br>        Petitioner,<br><br>    v.<br><br>MONTGOMERRY,<br><br>        Respondent. | Case No. 19-cv-07165-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION**<br><br>Re: Dkt. No. 9 |

Good cause being shown, the Court GRANTS petitioner's request for an extension of time to oppose the respondent's motion to dismiss. Dkt. No. 9. Within **twenty-eight (28) days** of the date of this order, petitioner shall file his opposition to the respondent's motion to dismiss. Respondent shall his reply in support of his motion to dismiss within **fourteen (14) days** of the date the opposition is filed.

This order terminates Dkt. No. 9.

**IT IS SO ORDERED.**

Dated: 3/12/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge